AGNES TINKEY, *Respondent, v.* CHARLES A. LANGDON, *Appellant.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied with ten dollars costs. Opinion by BOARDMAN, J.

PETER CALLAGHAN, *Respondent, v.* ROME AND WATERTOWN RAILROAD COMPANY, *Appellant.*— Judgment and order reversed. New trial granted, costs to abide event. Opinion by BOARDMAN, J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY TO ACQUIRE REAL ESTATE OF THE JUNCTION CANAL AND RAILROAD COMPANY. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by BOCKES, J.

FIRST NATIONAL BANK OF ELMIRA, *Respondent, v.* JOHN L. PATTERSON and others, *Appellants.* — Order denying motion to set aside, etc., reversed, with ten dollars costs and printing disbursements, and motion granted with ten dollars costs. Order directing judgment reversed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J. ; LEARNED, P. J., dissenting.

ISABELLA MITCHELL, *Administratrix, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.